**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
(Miami Division)
CASE NO. 09-22645-UNGARO/SIMONTON

CILIA RODRIGUEZ, Individually, and
ALEXANDER LOPEZ, Individually, and
all persons similarly situated,

Plaintiffs,

v.

NIAGARA CLEANING SERVICES, INC,
a Florida for Profit Corp., ANGELICA
RESTREPO, Individually, and HECTOR
MESA, Individually,

Defendants.
_____________________________________/

**NOTICE OF FILING VOLUNTARY WITHDRAWAL OF CONSENTS TO JOIN LAWSUIT FOR OPT-IN PLAINTIFFS**

Plaintiffs, by and through undersigned counsel, hereby give notice of filing the following Opt-In Plaintiffs' Voluntary Withdrawal of Consents to Join Lawsuit, which are attached hereto:

1. Marina Escobar
2. Rosa E. Bermudez
3. Maria Eugenia Campos
4. Ana Lacerda

DATED: July 16, 2010

Respectfully submitted,

HANKINS & ATOR, PL
Attorneys for PLAINTIFFS
371 North Royal Poinciana Blvd.
Miami Springs, Florida 33166
www.hankinsator.com

By: Jennifer J. Ator

Jennifer J. Ator
jja@hankinsator.com
Florida Bar No. 0120911
Robyn S. Hankins
rsh@hankinsator.com
Florida Bar No. 0008699

Jennifer Hill
jhill@fiacfla.org
Florida Bar No. 0041151
Co-Counsel for PLAINTIFFS
Florida Immigrant Advocacy Center
3000 Biscayne Blvd., Suite 400
Miami, Florida 33137

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 16, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: Jennifer J. Ator

Jennifer J. Ator

**SERVICE LIST**

Jennifer J. Ator, Esq.
jja@hankinsator.com
HANKINS & ATOR, PL
Lead and Co-Counsel for Plaintiffs
371 North Royal Poinciana Blvd.
Miami Springs, Florida 33166
(305) 863-8525
FAX: (305) 863-8535

Jennifer Hill
jhill@fiacfla.org
Co-Counsel for PLAINTIFFS
Florida Immigrant Advocacy Center
3000 Biscayne Blvd., Suite 400
Miami, Florida 33137

Anthony F. Sanchez, P.A.
afspalaw@aol.com
Attorneys for Defendants
1450 Madruga Avenue, Suite 408
Coral Gables, FL 33146
(305) 665-9211
FAX: (305) 662-2524