**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
(Miami Division)
CASE NO. 09-22645-UNGARO/SIMONTON

CILIA RODRIGUEZ, Individually, and
ALEXANDER LOPEZ, Individually, and
all persons similarly situated,

Plaintiffs,

v.

NIAGARA CLEANING SERVICES, INC,
a Florida for Profit Corp., ANGELICA
RESTREPO, Individually, and HECTOR
MESA, Individually,

Defendants.

_______________________________________/

**Retractación Voluntaria de Consentimiento de la Demandante que Optó por Participar, Marina Escobar**

La demandante que optó por participar, Marina Escobar ("Escobar") voluntariamente retira su consentimiento para incluirse en el caso mencionado anteriormente. Escobar ha sido aconsejada por su abogada que después de una investigación minuciosa de su alegato, Escobar no tiene derecho a ninguna compensación bajo la ley de normas justas de trabajo en el contexto del caso actual porque el alegato de Escobar para salario remunerado, si alguno, está fuera del período del tiempo cubierto por esta demanda – que es el cuatro de septiembre, 2006 hasta el present.

Fecha: el 16 de julio, 2010.

Entregado con mucho respeto,

Marina Escobar

Marina Escobar, demandante que optó por participar

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
(Miami Division)
CASE NO. 09-22645-UNGARO/SIMONTON

CILIA RODRIGUEZ, Individually, and
ALEXANDER LOPEZ, Individually, and
all persons similarly situated,

Plaintiffs,

v.

NIAGARA CLEANING SERVICES, INC,
a Florida for Profit Corp., ANGELICA
RESTREPO, Individually, and HECTOR
MESA, Individually,

Defendants.
_________________________________/

**VOLUNTARY WITHDRAWAL OF CONSENT TO JOIN LAWSUIT FOR OPT-IN PLAINTIFF MARINA ESCOBAR**

Opt-In Plaintiff, Marina Escobar ("Escobar") voluntarily withdraws her consent to join filed in the above-styled case. Escobar has been advised by Counsel that upon thorough investigation of her claim, it was determined that Escobar is not entitled to relief under the Fair Labor Standards Act in the context of the present case because Escobar's claim for unpaid overtime wages, if any, falls outside of the time period covered by this lawsuit – which is September 4, 2006 to the present.

Dated: this 16 day of July, 2010.

Respectfully submitted,

Marina Escobar
Marina Escobar, Opt-In Plaintiff