UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22645-CIV-UNGARO

CILIA RODRIGUEZ, *et al.,*

    Plaintiffs,

v.

NIAGARA CLEANING SERVICES,
INC., *et al.,*

    Defendants.
_____/

## **FINAL JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 54, 58, & 68, this Court's Order on Motion for Judgment, and for good cause shown, it is hereby

ORDERED AND ADJUDGED that a final judgment is entered in favor of Plaintiff Alexander Lopez, against the Defendants Niagara Cleaning Services, Inc., Angelica Restrepo, and Hector Mesa, jointly and severally, upon Plaintiff's Complaint herein, in the amount of $10,607.40, for which let execution issue.  It is further

ORDERED AND ADJUDGED that a final judgment is entered in favor of Plaintiff Cilia Rodriguez against the Defendants Niagara Cleaning Services, Inc., Angelica Restrepo, and Hector Mesa, jointly and severally, upon Plaintiff's Complaint herein, in the amount of $16.28, for which let execution issue.  It is further

ORDERED AND ADJUDGED that the Court shall retain jurisdiction to award costs and reasonable attorney's fees.

DONE AND ORDERED in Chambers in Miami, Florida this 10th day of January 2011.

*Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of record