UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09–22645-CIV-UNGARO

CILIA RODRIGUEZ, *et al.,*

    Plaintiffs,

v.

NIAGARA CLEANING SERVICES,
INC., *et al.,*

    Defendants.
_____/

## ORDER ON MOTION FOR BILL OF COSTS

THIS CAUSE is before the Court upon Plaintiffs' Motion for Bill of Costs. (D.E. 256.)  The Motion is fully briefed and is ripe for disposition.

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises.

Plaintiffs' Motion for Bill of Costs was referred to Magistrate Judge Andrea M. Simonton, who issued a Report and Recommendation concluding, in relevant part, that Plaintiffs are entitled to an award of costs in the amount of $5,306.95.  In the same Report, Magistrate Judge Simonton recommends an award of attorney fees for which Plaintiffs moved in a separate motion.  The Court does not consider here Plaintiff's Motion for Attorney Fees or Magistrate Judge Simonton's recommendations in the Report with respect to that issue.

Defendants filed Objections to the Magistrate Judge's Report.  (D.E. 267.) Therein, Defendants object only to the Magistrate Judge's recommendations with

respect to Plaintiffs' Motion for Attorney Fees; Defendants raise no objection to the Magistrate Judge's conclusion with respect to the Motion for Bill of Costs, namely that Plaintiffs are entitled to an award of costs in the amount of $5,306.95.

Upon a *de novo* review of the record, it is

ORDERED AND ADJUDGED that the Magistrate Judge's Report (D.E. 266) is RATIFIED, ADOPTED, AND AFFIRMED IN PART: the Court adopts the Magistrate Judge's recommendation as to Plaintiffs' Motion for Bill of Costs. The Court will separately rule on the Report as it pertains to Plaintiffs' Motion for Attorney Fees. It is further

ORDERED AND ADJUDGED that Plaintiffs' Motion for Bill of Costs (D.E. 256) is GRANTED in part: Plaintiffs are entitled to an award of costs in the amount of $5,306.95.

DONE AND ORDERED in Chambers at Miami, Florida, this _26th_ day of September, 2011.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of record